RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Katherine_Tanaka@fd.org

Attorney for Patrick Sims

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK SIMS,<br><br>Defendant. | Case No. 2:22-cr-00148-RFB-NJK-1<br><br>**JOINT STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Patrick Sims:

1. Mr. Sims shall submit to the custody of the United States Marshals on Monday, November 28, 2022, and requests termination of his appearance bond (ECF No. 9).

2. Defense counsel and Mr. Sims have discussed the decision to self-surrender. Mr. Sims would like to surrender to Untied States Marshal custody.

DATED this 10th day of November 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Katherine A. Tanaka*<br>By_____<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK SIMS,<br><br>　　　　Defendant. | Case No. 2:22-cr-00148-RFB-NJK-1<br><br>**ORDER** |

　　Based on the pending Stipulation of counsel, and good cause appearing,

　　IT IS ORDERED that Patrick Sims shall submit to the custody of the United States Marshals on Monday, November 28, 2022, and the appearance bond (ECF No. 9) shall be terminated.

　　DATED: November 14, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3