RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Patrick Sims

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK SIMS,<br><br>　　　　Defendant. | Case No. 2:22-cr-00148-RFB-NJK<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Patrick Sims, that the Change of Plea Hearing currently scheduled on July 25, 2023, be vacated and continued to August 8, 2023.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel has a sentencing hearing scheduled during the currently set change of plea hearing and is, therefore, requesting a brief continuance.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the change of plea hearing.

DATED this 12th day of July, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK SIMS,<br><br>　　　　Defendant. | Case No. 2:22-cr-00148-RFB-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Tuesday, July 25, 2023 at 10:30 a.m., be vacated and continued to August 8, 2023 at 10:15.

DATED this 13th day of July, 2023.



_____
UNITED STATES DISTRICT JUDGE